# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>vs.<br><br>Quang Tam Huynh,<br><br>        Defendant. | Case No. 1:04-cr-00050<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Notice of Hearing re Sentencing filed on September 30, 2005*, on the dates indicated below:

*U.S. Attorney's Office*   *Samuel S. Teker*   *U.S. Probation Office*   *U.S. Marshal Service*
*September 30, 2005*   *September 30, 2005*   *September 30, 2005*   *September 30, 2005*

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

*Notice of Hearing re Sentencing filed on September 30, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: September 30, 2005                        /s/ Virginia T. Kilgore
                                                                                Deputy Clerk