TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*

FILED
DISTRICT COURT OF GUAM
OCT 17 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00050 |
| Plaintiff, ) | |
| vs. ) | **NOTICE OF APPEAL** |
| QUANG TAM HUYNH, ) | |
| Defendant. ) | |

----------

Notice is hereby given that QUANG TAM HUYNH, the Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment and Sentence entered in this action on October 7, 2005.

Dated at Hagåtña, Guam, this 17th day of October, 2005.

TEKER TORRES & TEKER, P.C.

By: _____
SAMUEL S. TEKER, ESQ.
*Attorneys for Defendant,*
*Quang Tam Huynh*