# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>                Plaintiff,<br><br>vs.<br><br>Quang Tam Huynh,<br><br>                Defendant. | Case No. 1:04-cr-00050<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *CJA 24 Voucher filed December 16, 2005*, on the dates indicated below:

*Samuel S. Teker*
*December 16, 2005*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*CJA 24 Voucher filed December 16, 2005*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 16, 2005                   /s/ Leilani R. Toves Hernandez
                                                                               Deputy Clerk