UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 05-10717 |
| Plaintiff - Appellee, | D.C. No. CR-04-00050-LDG |
| v. | District of Guam, Hagatna |
| QUANG TAM HUYNH, | ORDER |
| Defendant - Appellant. | |

**FILED**

DISTRICT COURT OF GUAM

APR 18 2006

MARY L.M. MORAN
CLERK OF COURT

Before: Peter L. Shaw, Appellate Commissioner

The motion of Samuel S. Teker, Esq., to withdraw as counsel is granted.

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

The certified copy of this order sent to the district court shall constitute the mandate.

*Peter L. Shaw*
General Order 6.3(e)

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

APR 1 4 2006

by:
Deputy Clerk

S:\MOATT\Cmshords\04.06\ahh\05-10717.wpd