
DEPARTMENT OF JUSTICE

**CERTIFICATE OF RELEASE OF LIEN**
IMPOSED PURSUANT TO THE ANTI-TERRORISM AND
EFFECTIVE DEATH PENALTY ACT OF 1996

UNITED STATES ATTORNEY'S OFFICE
FOR THE DISTRICT OF GUAM

I hereby certify that as to the following named debtor the requirements of section 3613(a)(1) of Title 18 of the United States Code have been satisfied with respect to the judgment enumerated below, together with all statutory additions; and that the lien or Judgment was recorded on **November 16, 2005**, as instrument number **716880**, is hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition.

Name of Defendant:  Quang Tam Huynh          Residence:        Tamuning, Guam 96913
    SSN:  XXX-XX-4139
    DOB:  XX-XX-1968                      Mailing Address: Barrigada, Guam 96921

Court Imposing Judgment:   U.S. District Court of Guam

Court Number:   CR 04-00050

Amount of Judgment:   $800.00 special assessment fee

Place of filing:   Guam

WITNESS my hand at Hagåtña, Guam, on this, the ____ day of July, 2007.

MARIVIC P. DAVID
Assistant U.S. Attorney