# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00050 |
| Plaintiff, | ) | |
| vs. | ) | |
| QUANG TAM HUYNH, | ) | ORDER |
| Defendant. | ) | |

On November 5, 2004, the court ordered the above-named defendant to surrender his travel document issued by U.S. Customs and Border Protection as a condition of pretrial release. The case has since been closed, and the court has no further need to retain said travel document. Accordingly, the Clerk of Court is directed to turn over the travel document (I-94 form) to the U.S. Customs and Border Protection, Attention: Rocky Minor, Port Director, A.B. Wonpat International Airport, 355 Chalan Pasaheru, Suite 333, Tamuning, Guam 96913.

IT IS SO ORDERED.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: Apr 15, 2008**