# United States District Court

for

*District of Guam*

**Report for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearings is Attached)*

Name of Offender:   Quang Tan Huynh                                                    Case  CR 04-00050-001

Name of Sentencing Judicial Officer:    Lloyd D. George, Designated Judge

Date of Original Sentence:        October 6, 2005

Original Offense: Counts VII through XV: Money Laundering, in violation of 18 U.S.C. §1956(a)(1)(B)(I)

Original Sentence: 33 months imprisonment, to be served concurrently, followed by three years of supervised release with the following conditions: that he shall be turned over to a duly authorized immigration officer for deportation proceedings, pursuant to 18 U.S.C. §3583(d), and with the established procedures provided by the Immigration and Naturalization Act under 8 U.S.C. §1101.  As a further condition of supervised release, if ordered deported, he shall remain outside and shall not re-enter the United States without the permission of the Attorney General.  If deportation fails to occur and the defendant is released from confinement pending further immigration proceedings, he shall immediately report to the U.S. Probation Office to begin his term of supervised release; that he not commit another federal, state, or local crime; that he not possess a firearm, ammunition, or any other dangerous weapon; cooperate in the collection of DNA as directed by the probation officer; that he not use or possess illegal controlled substances; submit to one drug test within 15 days of release from custody, and up to eight drug tests per month thereafter; that he refrain from the use of any and all alcoholic beverages; that he participate in a program approved by the U.S. Probation Officer for substance abuse which may include testing to determine whether he has reverted to the use of drugs or alcohol, and it is further recommended that the defendant make a co-payment for treatment at a rate to be determined by the U.S. Probation Office; that he perform 400 hours of community service as approved by the U.S. Probation Office; and an $800 special assessment fee

Type of Supervision:  Supervised Release           Date Supervision    March 3, 2008

## PETITIONING THE COURT

☐   To extend the term of supervision for              years, for a              years.

**X**     To modify the conditions of supervision as follows:

1. The defendant shall authorize release to the U.S. Probation Officer any and all financial information by execution of financial information form, or by any other appropriate means, as directed by the probation officer.

2. The defendant's employment shall be subject to approval by the probation officer.

3. The defendant shall maintain a single checking account and/or savings account in his name. Defendant shall deposit into this account all income, monetary gains or other pecuniary proceeds, and make use of this account for payment of all personal expenses. All other accounts must be disclosed to the probation officer.

On April 22, 2008, the U.S. Probation Office received a request from the District of Oregon Probation Office to modify Quang Tan Huynh's supervised release conditions. According to Senior U.S. Probation Officer Eileen P. Groshong, the additional conditions were explained to Mr. Huynh as necessary to adequately supervise his case. Mr. Huynh voluntarily agreed to the modification and executed the Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision.

This Officer respectfully requests that the Court modify Mr. Huynh's supervised release conditions as requested by the District of Oregon.

| Reviewed by: | | Respectfully submitted, |
|---|---|---|
| /s/ CARMEN D. O'MALLAN<br>U.S. Probation Officer Specialist<br>Supervision Unit Leader | by: | /s/ JUDY ANNE L. OCAMPO<br>U.S. Probation Officer |
| Date: May 15, 2008 | | Date: May 15, 2008 |

**THE COURT ORDERS**

☐ No Action

☐ The Extension of Supervision as Noted Above.

☐ The Modification of Conditions as Noted Above.

☐ Other     Issuance of a:     ☐ Summons     ☐ Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON—PROBATION OFFICE

### WAIVER OF HEARING TO MODIFY CONDITIONS OF PROBATION/SUPERVISED RELEASE

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release.

-The defendant shall authorize release to the U.S. Probation Officer any and all financial information by execution of a release of financial information form, or by any other appropriate means, as directed by the probation officer.
-The defendant's employment shall be subject to approval by the probation officer.
-The defendant shall maintain a single checking account and/or savings account in his/her name. Defendant shall deposit into this account all income, monetary gains or other pecuniary proceeds, and make use of this account for payment of all personal expenses. All other accounts must be disclosed to the probation officer.

Witness: *[signature]*
U.S. Probation Officer

Signed: *[signature]*
**Quang Huynh**
Supervised Releasee

Date: 3/17/08