
# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> QUANG TAM HUYNH, <br> Defendant. | CRIMINAL CASE NO. 04-00050-001 <br><br> **RECEIPT OF EXHIBITS** |

I hereby acknowledge receipt of the following exhibit(s) in the above-entitled case, which are listed herein.

[ X ] Government's    [ ] Defendant's    [ ] Joint

**EXHIBIT NO.**    **DESCRIPTION**

SEE ATTACHED
UNITED STATES' AMENDED EXHIBIT LIST

_J.Emmu_
Signature

Jackie Emmanuel
Name

5/15/08
Date

U.S. Attorney's Office
Office/Firm Receiving Exhibits

quanghuynh.exh

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

COPY

**FILED**
DISTRICT COURT OF GUAM
APR 26 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 04-00050 |
| Plaintiff, ) | |
| vs. ) | UNITED STATES' AMENDED EXHIBIT LIST |
| QUANG TAM HUYNH, ) | |
| Defendant. ) | |

COMES NOW the United States and hereby files with this Honorable Court a list and copies of amended exhibits which the government intends to introduce at trial, or refer to in examination of witnesses.

Respectfully submitted this __26th__ day of April, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

## UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 1. | Postnet Money Order # 004939 | 4-26-05 | 4-26-05 |
| 2. | Postnet Money Order # 005031 | 4-26-05 | 4-26-05 |
| 3. | Postnet Money Order # 005032 | 4-26-05 | 4-26-05 |
| 4. | Postnet Money Order # 005035 | 4-26-05 | 4-26-05 |
| 5. | Postnet Money Order # 005033 | 4-26-05 | 4-26-05 |
| 6. | Postnet Money Order # 005034 | 4-26-05 | 4-26-05 |
| 7. | Postnet Money Order # 005038 | 4-26-05 | 4-26-05 |
| 8. | Postnet Money Order # 005037 | 4-26-05 | 4-26-05 |
| 9. | Postnet Money Order # 005036 | 4-26-05 | 4-26-05 |
| 10. | Postnet Money Order # 005040 | 4-26-05 | 4-26-05 |
| 11. | Postnet Money Order # 005039 | 4-26-05 | 4-26-05 |
| 12. | Postnet Money Order # 006301 | 4-26-05 | 4-26-05 |
| 13. | Postnet Money Order # 006302 | 4-26-05 | 4-26-05 |
| 14. | Postnet Money Order # 006303 | 4-26-05 | 4-26-05 |
| 15. | Postnet Money Order # 006304 | 4-26-05 | 4-26-05 |
| 16. | Postnet Money Order # 006305 | 4-26-05 | 4-26-05 |
| 17. | Postnet Money Order # 006306 | 4-26-05 | 4-26-05 |
| 18. | Postnet Money Order # 006307 | 4-26-05 | 4-26-05 |
| 19. | Postnet Money Order # 006662 | 4-26-05 | 4-26-05 |
| 20. | Postnet Money Order # 006685 | 4-26-05 | 4-26-05 |
| 21. | Postnet Money Order # 006686 | | 4-26-05 |
| 22. | Postnet Money Order # 006687 | | 4-26-05 |
| 23. | Postnet Money Order # 008467 | | 4-26-05 |
| 24. | Postnet Money Order # 008468 | | 4-26-05 |

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 25. | Postnet Money Order # 008469 | | 4-26-05 |
| 26. | Postnet Money Order # 008470 | | 4-26-05 |
| 27. | Postnet Money Order # 008471 | | 4-26-05 |
| 28. | Postnet Money Order # 008472 | | 4-26-05 |
| 29. | Postnet Money Order # 008473 | | 4-26-05 |
| 30. | Postnet Money Order # 008474 | 4-26-05 | 4-26-05 |
| 31. | Postnet Money Order # 008503 | 4-26-05 | 4-26-05 |
| 32. | Postnet Money Order # 008504 | | 4-26-05 |
| 33. | Postnet Money Order # 008505 | | 4-26-05 |
| 34. | Postnet Money Order # 008506 | | 4-26-05 |
| 35. | Postnet Money Order # 008507 | | 4-26-05 |
| 36. | Postnet Money Order # 008508 | | 4-26-05 |
| 37. | Postnet Money Order # 008509 | | 4-26-05 |
| 38. | Postnet Money Order # 008510 | | 4-26-05 |
| 39. | First Hawaiian Bank Check $5,000 to Tham Dang | 4-26-05 | 4-26-05 |
| 40. | First Hawaiian Bank Check $5,000 to Quang Huynh | 4-26-05 | 4-26-05 |
| 41. | Club Romantic Check #1023 | 4-26-05 | 4-26-05 |
| 42. | Club Romantic Check #1025 | 4-26-05 | 4-26-05 |
| 43. | Postnet Money Order # 008335 | 4-26-05 | 4-26-05 |
| 44. | Postnet Money Order # 008336 | 4-26-05 | 4-26-05 |
| 45. | Postnet Money Order # 008337 | 4-26-05 | 4-26-05 |
| 46. | Postnet Money Order # 008338 | 4-26-05 | 4-26-05 |
| 47. | Postnet Money Order # 008339 | 4-26-05 | 4-26-05 |
| 48. | Postnet Money Order # 008340 | 4-26-05 | 4-26-05 |
| 49. | Postnet Money Order # 008341 | 4-26-05 | 4-26-05 |

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 50. | Postnet Money Order # 008342 | 4-26-05 | 4-26-05 |
| 51. | Chan's Restaurant & Lounge Check #1219 | 4-26-05 | 4-26-05 |
| 52. | Chan's Restaurant & Lounge Check #1218 | 4-26-05 | 4-26-05 |
| 53. | Gift Letter | | 4-26-05 |
| 54. | Chan's Restaurant & Lounge Check #1167 | 4-26-05 | 4-26-05 |
| 55. | Photograph of Royal Gardens | 4-26-05 | 4-26-05 |
| 56. | Photograph of Sanhe Villa | 4-26-05 | 4-26-05 |
| 57. | Photograph of 192 Tun M. Rivera | 4-26-05 | 4-26-05 |
| 58. | Photograph of Boonprakong Plaza | 4-26-05 | 4-26-05 |
| 59. | Photograph of A-4 New Tamuning Villa | 4-26-05 | 4-26-05 |
| 60. | Photograph of Katy's Apartment | | 4-26-05 |
| 61. | Tecs Record Concerning Quang Huynh | 4-26-05 | 4-26-05 |
| 62. | $60,000 Cash by Kimmie Dang from Guam to Los Angeles | 4-26-05 | 4-26-05 |
| 63. | Cash Transaction Reports Concerning Kimmie Dang | 4-26-05 | 4-26-05 |
| 64. | Cash Transaction Reports Concerning Chris Nguyen | 4-26-05 | 4-26-05 |
| 65. | Summary of Exhibit 61 | 4-26-05 | 4-26-05 |
| 66. | Summary of PostNet Money Orders | | 4-26-05 |